IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re SAMUEL ANDERSON,

                                        /

No. C 13-1687 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On April 15, 2013, Plaintiff, a state prisoner, filed a document with the Court in the instant case, which was opened as a civil rights action. On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff informing him that his action could not go forward until he filed with the Court a civil rights complaint form, completed in full, within twenty-eight days or his action would be dismissed. He was also sent another notice directing him to either pay the filing fee or file a completed prisoner's *in forma pauperis* (IFP) application. The Clerk sent Plaintiff a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed and Plaintiff has not filed his complaint, paid the filing fee, returned the *in forma pauperis* application, or otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter judgment, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DATED: May 16, 2013

                                                          YVONNE GONZALEZ ROGERS
                                                          UNITED STATES DISTRICT COURT JUDGE